AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>SASCHA AMADEUS CARLISLE<br><br>*Defendant(s)* | ) ) ) Case No. 1:19mj 181<br>) ) ) |

FILED
APR 15 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015 through April 15, 2019__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 and 846 | Conspiracy to distribute 100 kilograms or more of marijuana, a Schedule 1 controlled substance |

This criminal complaint is based on these facts:



☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA James L. Trump

*Complainant's signature*
Joseph Hoang, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/15/2019__

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, Virginia__

The Hon. John F. Anderson U.S. Magistrate Judge
*Printed name and title*