JS 45 (01/2008)                    **REDACTED**

Criminal Case Cover Sheet                                           U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No x ___      Judge Assigned: _JFA_

City _____          Superseding Indictment _____

County/Parish _Fairfax_       Same Defendant _____    New Defendant  X

                              Magistrate Judge Case Number  1:19mj _181_    Arraignment Date: _____

                              Search Warrant Case Number _____

                              R 20/R 40 from District of _____

                              Related Case Name and No: _____

Defendant Information:

Juvenile — Yes ___ No X   FBI # _____

Defendant Name: _SASCHA AMADEUS CARLISLE_      Alias Name(s) _____

Address: _____

Employment: _____

Birth date _1994_   SS# _4792_   Sex _F_ Def Race _White_   Nationality _____   Place of Birth _____

Height _5'8"_   Weight _140_   Hair _Brown_   Eyes _Hazel_   Scars/Tattoos _____

Interpreter: X No ___ Yes  List language and/or dialect: _____   Automobile Description _____

Location Status:

Arrest Date _April 15, 2019_

x  Already in Federal Custody as of _April 15, 2019_ in _Alexandria City Jail_

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive               ___ Summons Requested

___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond

Defense Counsel Information:

Name: _____                   ___ Court Appointed    Counsel conflicted out: _____

Address: _____                ___ Retained

Telephone: _____              ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA _James L. Trump_   Telephone No: _(703) 299-3726_    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Joseph Hoang, Special Agent, Federal Bureau of Investigation

U.S.C. Citations:

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  21 U.S.C. §§ 841, 846 | Conspiracy to Distribute Marijuana | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: _April 15, 2019_     Signature of AUSA: _[signature]_